PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

**U.S.A. vs. Louis Borino**　　　　　　　　　　　　**Docket No. Mag# 09-8076**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Pretrial Services Officer **Angel L. Matos**, presenting an official report regarding the matter of **Louis Borino**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arleo** sitting at the U.S. District Court, Newark, New Jersey, on May 20, 2009, under the following conditions:

$100,000 Unsecured Appearance Bond to be cosigned by a financially responsible party identified by Pretrial Services within 48 hours.

1. Pretrial Services Supervision.
2. The bond shall also be cosigned by a Third Party Custodian approved by Pretrial Services.
3. The defendant shall reside with the Third Party Custodian or an address approved by Pretrial Services.
4. No contact with minors under the age of 18 unless in the presence of third party custodian or an adult who has been notified of the present offense.
5. The defendant is not permitted to use the computer or access the internet, at any location, for any purpose whatsoever, including but not limited to internet capable devices. There will be one computer permitted in the home which shall be password protected. Other residents in the home shall consent that any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to monitoring with software, and manual inspection for compliance by Pretrial Services;
6. Any employment requiring computer / internet use / access must be approved by Pretrial Services. This usage is allowed only at the defendant's place of employment. The defendant shall provide Pretrial Services with a copy of his employer's computer/internet usage policy. If this requirement is not satisfied, employer notification may be necessary.
7. Participate in mental health treatment as directed by Pretrial Services if deemed necessary.

PETITION Page 2

8. The defendant is to surrender his passport and not re-apply for additional travel documents.
9. Travel is restricted to New Jersey and New York for employment purposes only.
10. Substance abuse / alcohol testing and treatment as deemed necessary by Pretrial Services.
11. Refrain from any alcohol use.
12. The defense counsel shall notify the daycare center near the defendant's residence of the charges pending against the defendant and provide proof of same within one week.

<u>Respectfully presenting petition for action of Court and for cause as follows:</u>
That the court will authorize the presence of a second computer in the defendant's house which shall be subject to monitoring with software installed by Pretrial Services. All other conditions remain unchanged.

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL Order the proposed modification

ORDER OF COURT

Considered and ordered this ____ day of _____, ____ and ordered filed and made a part of the records in the above case.

_____
Hon. Madeline Cox-Arleo
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

_____
Angel L. Matos
U.S. Pretrial Services Officer